O 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF ALASKA

**FILED**
JAN 7 1993
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA
V.
JOSE DANIEL MONTES

**CRIMINAL COMPLAINT**

CASE NUMBER: A 93 002 mJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 27, 1992__ in _____ county, in the _____ District of __Alaska__ defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce with the intent to avoid prosecution in the State of Alaska for the crime of Misconduct Involving Controlled Substances in the Third Degree, in violation of Alaska State statute 11.71.030, a felony offense under the laws of the State of Alaska,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(x) __Special Agent, FBI__ and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 6, 1993__  at  Anchorage, Alaska
Date                      City and State

__John D. Roberts__                 **REDACTED SIGNATURE**
Name & Title of Judicial Officer    Signature of Judicial Officer
U.S. Magistrate Judge