IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE DANIEL MONTES ) <br> ) <br> Defendant, ) <br> _____) | Case No. A93 002MJ <br><br> A F F I D A V I T <br><br> ss. |

1. I, Philip Niedringhaus, Special Agent, Federal Bureau of Investigation (FBI), Anchorage, Alaska, being first duly sworn, upon oath, do hereby depose and say as follows:

2. I am a Special Agent (SA) of the FBI and have been so employed since July, 1991, during which time I have been assigned the investigation of criminal matters within the jurisdiction of the FBI.

3. The information contained below is from my personal knowledge or other law enforcement officials or from those specific sources set forth.

4. On November 27, 1992, a Grand Jury indictment was returned and a State of Alaska arrest warrant was issued for Jose Daniel Montes charging him with a violation of Alaska statute 11.71.030, Misconduct Involving Controlled Substances in the

1

Third Degree. This warrant was issued by Judge Peter Michalski and bail was set at $250,000.00.

    5. This indictment followed an undercover drug investigation by the Alaska State Troopers in Dutch Harbor, Alaska, where controlled substances brought into the State of Alaska from California and Washington were purchased by undercover Agents for the Alaska State Troopers.

    6. After the investigation was concluded, arrests were made of ten subjects in the Dutch Harbor, Alaska, area. Jose Daniel Montes fled the area and was not apprehended by Alaska State Troopers. Alaska State Troopers have been attempting to locate Jose Daniel Montes in Washington and California.

    7. On December 16, 1992, the Anchorage Office of the FBI received a letter from John J. Novak, Assistant District Attorney for the State of Alaska. Novak requested the assistance of the FBI in locating and apprehending Jose Daniel Montes for the crime of Misconduct Involving Controlled Substances in the Third Degree and stated that the State of Alaska would extradite Montes from wherever he is arrested outside the State of Alaska.

    8. Based upon the information and the letter signed by Assistant District Attorney Novak, investigation by the Alaska State Troopers, and investigation conducted by the Anchorage FBI office, there is probable cause to believe that Jose Daniel Montes is in violation of Misconduct Involving Controlled Substances in the Third Degree, in violation of Alaska State

2

statute 11.71.030, a felony offense under the laws of the State of Alaska. There is probable cause to believe Jose Daniel Montes has committed the crime of Unlawful Flight to Avoid Prosecution, in violation of Title 18, U.S. Code, Section 1073.

FURTHER, AFFIANT SAYETH NOT.

*Philip Niedringhaus*
PHILIP NIEDRINGHAUS
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this __6th__ day of January, 1993, at Anchorage, Alaska.

REDACTED SIGNATURE
U.S. Magistrate Judge