**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>JOSE DANIEL MONTES</u>

THE HONORABLE JOHN D. ROBERTS        CASE NO. <u>A93-0002 MJ (JDR)</u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

<u>Dan Maus</u>

**FILED
NOV 08 1995
UNITED STATES DISTRICT CT
DISTRICT OF ALASKA**

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The government is hereby directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

cc: US Attorney, US Marshal

DATE: <u>November 8, 1995</u>                INITIALS: <u>dm</u>
                                              Deputy Clerk

[FORMS*IA*]