ROBERT C. BUNDY
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99507
(907) 271-5071

FILED

NOV 15 1995

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
                          Deput

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A93-002 MJ |
| --- | --- | --- |
| Plaintiff, | ) | (JDR) |
| vs. | ) | STATUS REPORT |
| JOSE DANIEL MONTES, | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, United States of America, by and through counsel, and files this status report as directed by the Court on November 8, 1995.

The defendant in this matter remains a fugitive and continues to be in violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution. The purpose for the complaint and warrant remains valid. The State of Alaska will extradite the defendant if and when he is arrested.

3

RESPECTFULLY SUBMITTED this 15th day of November, 1995, at Anchorage, Alaska.

ROBERT C. BUNDY
United States Attorney

*[signature]*

STEPHAN A. COLLINS
Assistant U.S. Attorney