```
           UNITED STATES DISTRICT COURT              FILED
             FOR THE DISTRICT OF ALASKA           JUL 2 6 2000
                                              UNITED STATES DISTRICT COURT
                                                  DISTRICT OF ALASKA
                                              By_____Deputy
```



__UNITED STATES OF AMERICA__   v.   __JOSE DANIEL MONTES__

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                         CASE NO.  __A93-0002 MJ (JDR)__

__Dan Maus__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 26, 2000

The government is hereby directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

A93-0002--MJ (JDR)
--------------------------------------------
US Attorney ✓

[]{IA.WPD*Rev.12/96}

4