ROBERT C. BUNDY
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. A93-002 (JDR) |
| | ) | |
| Plaintiff, | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE DANIEL MONTES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States submits the following report in response to the court's order of July 26, 2000, at Docket #4, regarding the status of this matter.

The defendant in this matter remains a fugitive and continues to be in violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution. The purpose for the complaint and warrant remains valid: the apprehension of the defendant. The State of Alaska as of this date remains committed to extraditing the defendant if and when

he is arrested.

RESPECTFULLY SUBMITTED this day, July 27, 2000, in Anchorage, Alaska.

ROBERT C. BUNDY
UNITED STATES ATTORNEY

*[signature]*

STEPHAN A. COLLINS
Assistant U.S. Attorney