TIMOTHY M. BURGESS
UNITED STATES ATTORNEY

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED

FEB 0 4 2002

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. A93-0002 MJ (JDR) |
|---|---|---|
| Plaintiff, | ) | STATUS REPORT PURSUANT TO COURT'S ORDER OF JANUARY 31, 2002 |
| vs. | ) | |
| JOSE DANIEL MONTES, | ) | |
| Defendant. | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and pursuant to the court's order of January 31, 2002 submits the following status report. The defendant is still a fugitive and the warrant of arrest

//

//

should stand.

RESPECTFULLY SUBMITTED this 4th day of February, 2002, in Anchorage, Alaska.

                                                TIMOTHY M. BURGESS
                                                United States Attorney

                                                STEPHAN A. COLLINS
                                                Assistant U.S. Attorney