**FILED**

JUN 0 9 2004

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ _____ Deputy

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   JOSE DANIEL MONTES

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                CASE NO. A93-0002 MJ (JDR)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 9, 2004

The government is directed to file a report as to the status of the above mentioned case within thirty days of this order and advise the court as to if the case is resolved or if the warrant of arrest should still stand.

A93-0002--MJ (JDR)   6/9/04 dm
--------------------------------
UNITED STATES ATTORNEY (USA)
US MARSHAL