TIMOTHY M. BURGESS
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071

FILED
U.S. DISTRICT COURT
DISTRICT OF ALASKA

2004 JUL -7 PM 1: 58

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. A93-002 MJ (JDR) |
|---|---|
| Plaintiff, | ) |
| | ) STATUS REPORT IN RESPONSE |
| vs. | ) TO COURT'S JUNE 9, 2004 |
| | ) ORDER |
| JOSE DANIEL MONTES, | ) |
| Defendant. | ) |

In response to the court's June 9, 2004 order, the United States submits the following status report. The defendant remains still at large as a fugitive on the original State of Alaska charge as well as the Unlawful Flight to Avoid Prosecution [UFAP] charge filed in federal court. The State of Alaska will

extradite the defendant from wherever the defendant is apprehended, if outside the state of Alaska. The federal warrant should therefore remain in effect and this matter should remain open until the defendant is arrested or the United States moves to dismiss the UFAP charge in this case.

RESPECTFULLY SUBMITTED this day, July 7, 2004, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

*[signature]*
STEPHAN A. COLLINS
Assistant U.S. Attorney