NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:93-mj-00002-JDR |
| Plaintiff, | |
| vs. | **MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |
| JOSE DANIEL MONTES, | |
| Defendant. | |

The United States files with the court a Motion to Dismiss the charges pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

//

//

The government further requests that the outstanding warrant be quashed.

    RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney


        <u>s/ Stephan A. Collins</u>
        STEPHAN A. COLLINS
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9
        Anchorage, Alaska  99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        email: stephan.collins@usdoj.gov