IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:93-mj-00002-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **GRANTING MOTION OF** |
| | ) | **THE UNITED STATES TO** |
| JOSE DANIEL MONTES, | ) | **DISMISS COMPLAINT AND** |
| | ) | **QUASH ARREST** |
| Defendant. | ) | **WARRANT** |
| | ) | |

Having considered the Government's Motion to Dismiss Complaint and Quash Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE